UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:  Case No. 95-24778-mdm

Sharp Corp.
d/b/a/ Midwest Neurological Rehabilitation Center
d/b/a Midwest Rehabilitation Center

Chapter 11

AFFIDAVIT AND REQUEST FOR RELEASE
OF UNCLAIMED FUNDS

I, Kim Sawyer, General Counsel of The Locator Services Group Ltd., of 280 Summer St, Suite 701, Boston, MA 02210 Attorney-in-Fact for Verizon Wireless, a claimant in the captioned case respectfully states and requests the following:

1. Verizon Wireless was due to receive a distribution from the estate of the debtor in the above-captioned case in the amount of $11,711.87.

2. Said funds have been remitted to the Court as unclaimed, pursuant to 11 U.S.C. § 347. A copy of the Trustee's *Notice of Unclaimed Funds* is appended to this Request.

3. Movant is an attorney and a "funds locator" who has been retained by the Claimant. Movant has obtained an original Power of Attorney from the individual or the duly authorized representative for the business or the corporation seeking to claim said funds. A Power of Attorney conforming to the official Bankruptcy Form is attached and made a part of this Request.

4. Movant has attached and made part of this Request all required supporting documentation establishing the Claimant is the rightful owner of said funds.

5. Movant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other Request for this claim is currently pending before the Court, or that any party other than the Claimant is entitled to receive these funds.

6.  Movant understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment, or both, may be imposed if Movant has knowingly and fraudulently made any false statements in this document.

Respectfully submitted this day, Wednesday, February 17, 2010.

Kim Sawyer, General Counsel
The Locator Services Group Ltd.
Attorney-in-Fact for Verizon Wireless

SUBSCRIBED AND SWORN before me this 17 day of February, 2010.

NOTARY PUBLIC in and for the State of <u>Massachusetts,</u>
residing in the County of <u> Suffolk </u>.

My commission expires: 1-6-17

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:                                                          Case No. 95-24778-mdm

Sharp Corp.
d/b/a/ Midwest Neurological Rehabilitation Center               Chapter 11
d/b/a Midwest Rehabilitation Center

## CERTIFICATE OF SERVICE

Notice is hereby given that on Wednesday, February 17, 2010, I deposited in a Post Box in the City of Boston, State of Massachusetts, securely enclosed in a sealed envelope, a true and correct copy of:

    Affidavit and Request for Release of Unclaimed Funds

to:    Office of the U.S. Attorney
    530 Federal Building
    517 East Wisconsin Avenue
    Milwaukee, WI 53202

Dated: Wednesday, February 17, 2010

    Kim Sawyer, General Counsel
    The Locator Services Group Ltd.
    Attorney-in-Fact for Verizon Wireless

SUBSCRIBED AND SWORN before me this 17 day of February, 2010.

NOTARY PUBLIC in and for the State of Massachusetts,
residing in the County of Suffolk.

My commission expires: 1-6-17



Finance Audit and Reporting



**EXHIBIT A**
**LIMITED POWER OF ATTORNEY**

Verizon Wireless
255 Parkshore Drive
Folsom, CA 95630

By this letter, <u>Cellco Partnership, d/b/a Verizon Wireless, (Verizon Wireless)</u> does hereby appoint <u>Locator Services Group</u> as its exclusive agent, to seek, recover, or cause to be recovered, the undistributed, unclaimed, uncashed, or undelivered tenders of funds of Verizon Wireless, specifically <u>funds of $11,711.87 held by the US Banktruptcy Court, Eastern District of Wisconsin, in the case of 95-24778, debtor Sharp Corp., d/b/a/ Midwest Neurological Rehabilitation Center.</u> This letter further empowers <u>Locator Services Group</u> to affix my signature as Verizon Wireless, representative to any government affidavit.

This letter of authorization to recover funds shall be limited to the above described property under executed Agreement and shall not be used for any other purpose. It shall automatically terminate upon recovery of the funds referenced herein, or Agreement expiration, whichever occurs first.

Cellco Partnership, d/b/a Verizon Wireless
PO Box 2040
Folsom CA 95763

Signature _[signature]_      Title __Associate Director__

Print Name __Melinda Paine__   Date __2/8/2010__


**ACKNOWLEDGEMENT OF NOTARY PUBLIC**

State of __California__

County of __Sacramento__

On the __8th__ day of __Feb.__, 20 __10__, before me, the undersigned, a Notary Public in and for said State, personally appeared __Melinda Paine__, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he or she executed the same in his or her capacity, and that by his or her signature on the instrument, the individual, or the entity upon behalf of which the individual acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of __California__ that the foregoing paragraph is true and correct. [Notary Seal]

WITNESS my hand and official seal.

Signature _[signature]_

LAURA L. THORNBERRY
COMM. #1667729
Notary Public-California
SACRAMENTO COUNTY
My Comm. Exp. June 14, 2010

Finance Audit and Reporting



Verizon Wireless
255 Parkshore Drive
Folsom, CA 95630

# LETTER OF AUTHORIZATION TO CLAIM FUNDS

Verizon Wireless does hereby state and affirm that Melinda Paine, Associate Director, is duly authorized to seek, recover, or claim dormant funds in behalf of Verizon Wireless and its legacy named companies, including but not limited to: GTE Wireless, PrimeCo Communications, Airtouch Cellular, Bell Atlantic Mobile, Rural Cellular Corporation, and Alltel Corporation.

Signatory states that he/she is an officer of Verizon Wireless and is authorized to execute this instrument on behalf of Verizon Wireless.

Signed this __11/12__ day of __January__, 20_10_

Signed: _[signature]_

Printed Name: __John Townsend__

Title: __Vice President and Chief Financial Officer__

---

County of: __Somerset__

State of: __New Jersey__

Before me __John Townsend__ personally appeared and acknowledged to me that he/she is the person whose name is subscribed with the instrument and acknowledged that the execution thereof to be his/her free act.

Signature: _[signature]_    [NOTARY SEAL]

My Commision expires: __6-11-2011__

Phyllis A. Smith
Notary Public, State of New Jersey
No. 2276086
Qualified in Essex County
Commission Expires June 11, 20_11_

**verizon**wireless

Melinda M Paine  
Associate Director  
Finance Audit & Reporting

melinda.paine@  
verizonwireless.com

Verizon Wireless  
600 Coolidge Drive  
Folsom, CA 95630  
Phone 916 357-3349  
Mobile 916 261-9018  
Fax 916 357-3265

Melinda Paine

veri on



Español  |    |    Verizon Home

# Legal Notices

**Campbell Class Action Lawsuit**
Details of the Settlement

**Do Not Call Policy**
Do Not Call Policy Document

**Bankruptcy Contacts at Verizon Wireless**
Bankruptcy Contacts List
Verizon Wireless Bankruptcy Administration
P.O. Box 3397
Bloomington, IL 61702
Phone: 800-555-8879
Fax: 309-820-7044

**Notice of Text Messaging Increase**
Notice of Text Messaging Increase

**Customer Proprietary Network Information (CPNI) for Consumers**
Customer Proprietary Network Information (CPNI) for Consumers

**Customer Proprietary Network Information (CPNI) for Corporate Customers**
Customer Proprietary Network Information (CPNI) for Corporate Customers

**Customer Proprietary Network Information (CPNI) for Government Entities**
Customer Proprietary Network Information (CPNI) for Government Entities

**Gresham v. Cellco Partnership d/b/a Verizon Wireless**
Notice of Proposed Settlement – Lauren Gresham v. Cellco Partnership d/b/a Verizon Wireless ("JokeMobi")

**Optimized View Opt Out Process**
Optimized View Opt Out Process

**Sims v. Cellco Partnership d/b/a Verizon Wireless**
Sims v. Cellco Partnership d/b/a Verizon Wireless

About Us | Contact Us | Careers | Our Stores | Site Map | Privacy Policy | Site Feedback

Terms and Conditions | © 2009 Verizon



# Whyte Hirschboeck Dudek S.C.

Daniel J. McGarry
608-234-6046
dmcgarry@whdlaw.com

December 2, 2009

**VIA UPS (TRACKING NO. 1Z 8V8 5F5 01 9476 3288)**

Ms. Joan McFadyen
United States Bankruptcy Court
Eastern District of Wisconsin
Office of the Clerk
126 U.S. Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202-4581

RECEIVED 2009 DEC -3 AM 10:59 US BANKRUPTCY COURT EASTERN DISTRICT OF WI

Re: Case No. 95-24778-MDM, Chapter 11
SHARP CORP., d/b/a Midwest Neurological Rehabilitation Center, d/b/a Midwest Rehabilitation Center

Dear Ms. McFadyen:

With regard to the above captioned Chapter 11 Bankruptcy, our firm has been representing the Official Committee of Unsecured Creditors. Final distribution was made to the unsecured creditors within the past 60 days, and a final decree has been entered in this case (a copy of which is enclosed for your review). Pursuant to Judge McGarity's order, any amounts that were left undistributed to the unsecured creditors were to be deposited with the Court registry, along with a spreadsheet indicating the individual creditor's name, last known address and the distribution amount.

Enclosed, please find a spreadsheet setting out the list of creditors who have not cashed the distribution checks. I am also enclosing original checks that were returned uncashed, as well as a check made out to the clerk of bankruptcy court in the amount of $31,916.56, which represents the total uncollected amount by the unsecured creditors. We would ask that you deposit this amount with the Court registry, and our office will direct any other inquiries from unsecured creditors to the clerk's office.

Finally, I am enclosing a copy of this letter and would ask that you sign the second page acknowledging your receipt of this information and these funds.

WHD/6821654.1

33 E. MAIN STREET | SUITE 300 | MADISON, WI 53703-4655 | TEL 608 255 4440 | FAX 608 258 7138 | WWW.WHDLAW.COM
OFFICES IN MILWAUKEE AND MADISON

Case 95-24778-mdm    Doc 600    Filed 12/03/09    Page 1 of 5
Case 95-24778-mdm    Doc 604    Filed 02/22/10    Page 8 of 14

Should you have any questions or need any further documentation regarding this matter, please do not hesitate to call.

Very truly yours,

Daniel J. McGarry

DJM/jah

cc: Ms. Rosanna Kopling
Mr. Tim Hess

**ACKNOWLEDGED AND RECEIVED:**

_____
Joan McFadyen
United States Bankruptcy Court
Eastern District of Wisconsin

Dated: December _____, 2009

WHD/6821654.1

Sharp Corp

Undeliverable checks

| # | Company | Address | City | State | Zip | Amount |
|---|---|---|---|---|---|---|
| 10214 | Aatel & Jones | 2954 Holmgren Way | Green Bay | WI | 54304 | $31.78 |
| 10215 | ABC School Supply | Box 100019 | Duluth | GA | 30136 | $110.13 |
| 10217 | Airtem | PO Box 426 | Muskego | WI | 53150 | $1,068.34 |
| 10225 | Arcventures | PO Box 88672 | Chicago | IL | 60680 | $186.75 |
| 10243 | Communication Skill Builders | 3830 E Bellevue | Tucson | AZ | 85753 | $40.26 |
| 10250 | Enviroscan | 303 Military Ridge Dr | Verona | WI | 53593 | $210.28 |
| 10253 | Fogarty & Associates | c/o Moss & Bennett, 90 S. 7th St. | Minneapolis | MN | 55402 | $3,212.10 |
| 10264 | Johns, David | 50 S Military Trail | West Palm Beach | FL | 33405 | $130.96 |
| 10281 | Mobile Media Paging | PO Box 8037 | Chicago | IL | 60680 | $885.43 |
| 10283 | MRA Staffing | 7771 W. Oakland Park Blvd # 100 | Ft. Lauderdale | FL | 33351 | $919.26 |
| 10284 | National Bldg Maintenance | PO Box 93321 | Milwaukee | WI | 53203 | $201.69 |
| 10290 | Norrell Healthcare | 3535 Piedmont Rd NE | Atlanta | GA | 30305 | $114.45 |
| 10299 | Pro Data | 10 Pleasant St | East Longmeadow | MA | 1028 | $71.34 |
| 10310 | Sherwood Medical | PO Box 71072 | Chicago | IL | 60694 | $51.58 |
| 10316 | Statewide News | 36 S. Wabash Ave | Chicago | IL | 60603 | $1,651.99 |
| 10321 | Uarco | 933 N. Mayfair Rd | Wauwatosa | WI | 53226 | $527.38 |
| 10373 | United WI Group | Bin #255 | Milwaukee | WI | 53288 | $29.50 |
| 10326 | Vanguard Crafts | PO Box 340170 | Brooklyn | NY | 11234 | $50.09 |
| 10332 | Wheelchair Drs | 300 W Edgerton | Milwaukee | WI | 53207 | $149.40 |
| 10345 | Yellow Freight | PO Box 27204 | West Allis | WI | 53227 | $39.06 |
| | | | | | | $9,681.77 |

Not returned & not cashed as of 11/19/09

| # | Company | Address | City | State | Zip | Amount | Add'l Comments |
|---|---|---|---|---|---|---|---|
| 10357 | AT&T | 225 W. Randolph Floor 37A | Chicago | IL | 60606 | $4,355.64 | |
| 10230 | Balestrieri Environmental | 1538 Country Club Pkwy | Elkhorn | WI | 53121 | $317.48 | Spoke with them and explained reason for check |
| 10231 | Bay Medical | 3100 Shore Dr | Marinette | WI | 53143 | $105.98 | Spoke with them and explained reason for check |
| 10234 | Brierly, Andrew | 142 Lawrence St | New Bedford | MA | 2745 | $29.13 | |
| 10248 | Dover, Town of | PO Box 670 | Kansasville | WI | 53139 | $1,176.53 | Misplaced check |
| 10341 | Durable Medical Equip | 1572 Shore Rd | Naperville | IL | 60563 | $1,413.28 | |
| 10262 | J&J Carpeting | 2723 North St | East Troy | WI | 53120 | $52.29 | |
| 10286 | NCI | 5801 Ayala Ave | Irwindale | CA | 91706 | $61.10 | |
| 10289 | New England Telephone | 41 Belvidere St | Boston | MA | 2115 | $434.49 | |
| 10296 | Plapp, James | 300 W. Hill St #923 | Chicago | IL | 60610 | $102.23 | |
| 10301 | Quartermain, Alison | 141 Pembroke Circle | Lake Bluff | IL | 60044 | $72.83 | |
| 10312 | Southeast Telephone | 311 Elizabeth St | Waterford | WI | 53185 | $464.19 | |
| 10318 | Veolia | 125 S. 84th St. | Milwaukee | WI | 53214 | $1,371.20 | Wrote to them and explained reason for check |
| 10324 | Universal Hospital | 7700 Francis Ave S Ste 275 | Edoma | MN | 55435 | $74.56 | |
| 10374 | Verizon | PO Box 3397 | Bloomington | IL | 61702 | $11,711.87 | Wrote to them and explained reason for check |
| 10327 | Wallace Computer Systems | 3626 Stern Ave | St. Charles | IL | 60174 | $32.60 | |
| 10328 | Wander Watch | PO Box 35212 | Sarasota | FL | 34242 | $280.11 | |
| 10333 | WI Dept of Health Services | 1 W. Wilson St. | Madison | WI | 53703 | $179.28 | |
| | | | | | | $22,234.79 | |

| Total Uncashed as of 11/19/09 | | | | | | $31,916.56 | |

IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: October 13, 2009



Honorable Margaret Dee McGarity
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

SHARP CORP., d/b/a Midwest Neurological
Rehabilitation Center, d/b/a Midwest
Rehabilitation Center,

Case No. 95-24778-MDM-11

Debtor.

## FINAL DECREE

This matter having come before the Court upon the Motion of the Official Committee of Unsecured Creditors for Entry of a Final Decree Closing the Case, and it appearing that the Second Amended Joint Plan of Reorganization has been fully consummated and that the estate has been fully administered, and good cause appearing therefore,

IT IS HEREBY ORDERED that any unclaimed or returned distribution checks shall be remitted to the Clerk of Bankruptcy Court for the Eastern District of Wisconsin with a cover letter containing the case name and number, as well as an itemization of the individual creditors by name, last known address and amount owed;

Prepared by:

Daniel J. McGarry
WHYTE HIRSCHBOECK DUDEK S.C.
33 East Main Street, Suite 300
Madison, WI  53703
Telephone: (608) 234-6046
Facsimile: (608) 258-7138
Email: dmcgarry@whdlaw.com

WHD/6669171.1

IT IS HEREBY FURTHER ORDERED that the Creditors Committee is permitted to destroy any records currently in its possession related to these proceedings and, subsequent to that, is discharged from any further duties; and

IT IS HEREBY FURTHER ORDERED that the estate herein and the above-captioned case is hereby closed.

*****

2

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:                                                    Case No. 95-24778-mdm

Sharp Corp.
d/b/a/ Midwest Neurological Rehabilitation Center         Chapter 11
d/b/a Midwest Rehabilitation Center

ORDER FOR RELEASE OF UNCLAIMED FUNDS

Upon consideration of the Request for Release of Unclaimed Funds and in accordance with 28 USC § 2042,

**IT IS HEREBY ORDERED**:

That the Bankruptcy Clerk, Eastern District of Wisconsin, is authorized and directed to draw a check on the funds on deposit in the Court Registry in the amount of $11,711.87, said check shall be payable to Verizon Wireless and said check shall be delivered to:

Verizon Wireless
c/o The Locator Services Group Ltd.
280 Summer St, Suite 701
Boston, MA 02210

# # # # #

# TLSG   The Locator Services Group Ltd.

Wednesday, February 17, 2010

RECEIVED-MAIL
2010 FEB 22 AM 11: 16
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

Jennifer Michaels
United States Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Ave, Room 126
Milwaukee, WI 53202

**RE: Affidavit and Request for Release of Unclaimed Funds**
Case Number: 95-24778-mdm
In Re: Sharp Corp., d/b/a/ Midwest Neurological Rehabilitation Center
Amount: $11,711.87

Dear Ms. Michaels:

I have been granted a Limited Power of Attorney to assist Verizon Wireless with the recovery of the above referenced funds on Deposit in the Court's Treasury/Registry. Enclosed please find the Locator Services Group Ltd.'s Affidavit and Request for Release of Unclaimed Funds, Certificate of Service, Proposed Order and Limited Power of Attorney along with documentation verifying that our client is the rightful claimant to receive these funds.

It is my understanding that the Court would like to be furnished with the following information regarding the creditor:

| | |
|---|---|
| Creditor: | Verizon Wireless |
| Current Address: | 255 Parkshore Drive |
| | Folsom, CA 95630 |
| Tax ID: | Cellco Partnership 22-3372889 |
| Contact: | Melinda Paine |
| Title: | Associate Director Finance, Audit & Reporting |
| Phone Number: | [1] 916-357-3344 |

If you have any questions or require any additional information, please feel free to contact me at 617-859-0600 extension 19. Thank you for your assistance.

Very truly yours,

Kim Sawyer
General Counsel

cc: Office of the United States Attorney

TLSG Reference Number: 93VerizonWireless

280 Summer Street, Suite 701 • Boston, MA 02210 • Tel: 617-859-0600 • Fax: 617-859-0640
Website: www.tlsgltd.com • Email: Inquire@tlsgltd.com

Case 95-24778-mdm    Doc 604    Filed 02/22/10    Page 14 of 14