IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: March 26, 2010



Honorable Margaret Dee McGarity
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:                                                           Case No. 95-24778-mdm

Sharp Corp.
d/b/a/ Midwest Neurological Rehabilitation Center         Chapter 11
d/b/a Midwest Rehabilitation Center

ORDER FOR RELEASE OF UNCLAIMED FUNDS

Upon consideration of the Request for Release of Unclaimed Funds and in accordance with 28 USC § 2042,

**IT IS HEREBY ORDERED**:

That the Bankruptcy Clerk, Eastern District of Wisconsin, is authorized and directed to draw a check on the funds on deposit in the Court Registry in the amount of $11,711.87, said check shall be payable to Verizon Wireless and said check shall be delivered to:

Verizon Wireless
c/o The Locator Services Group Ltd.
280 Summer St, Suite 701
Boston, MA 02210

# # # # #